UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARLOS RAMIREZ MARTINEZ (A-Number: 240-170-228),

Petitioner,

v.

WARDEN, et al.,

Respondents.

No. 1:26-cv-04401-KES-EPG (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE

Docs. 10, 15

Petitioner Carlos Ramirez Martinez is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § +636(b)(1)(B) and Local Rule 302.

On September 16, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the first amended petition and ordering petitioner's immediate release. Doc. 15. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. On September 30, 2026, respondents filed a one sentence objection, "generally object[ing] to the findings and recommendation of the Magistrate Judge . . . for the reasons stated in its prior pleadings." Doc. 16.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc.15, are ADOPTED in full.
2. The first amended petition for writ of habeas corpus, Doc. 10, is GRANTED.
3. Respondents are ORDERED to release petitioner Carlos Ramirez Martinez (A-Number: 240-170-228) immediately. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.[1]
4. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.
5. The Clerk of Court is directed to close this case and enter judgment for petitioner.
6. The Clerk is directed to terminate any remaining motions as moot.
7. The Clerk is directed to serve Mesa Verde Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: October 26, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.